# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1449
(Serial No. 10/969,810)

IN RE AGA DE ZWART, FRANK KURUCZ,
DAVID G. COHEN, and GARY A. FREEMAN

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

Authorized Abbreviated Caption[2]

IN RE DE ZWART, 2013-1449

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.